NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWIN LAINEZ,<br><br>                Petitioner,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>                Respondent. | No.   16-70160<br><br>Agency No. A094-827-961<br><br>MEMORANDUM *<br><br> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 11, 2017**

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Edwin Lainez, a native and citizen of Honduras, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion the BIA's denial of a motion to reopen, *Toufighi v. Mukasey*,

---

     *      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

538 F.3d 988, 992 (9th Cir. 2008), and we deny the petition for review.

The BIA did not abuse its discretion in denying Lainez's untimely motion to reopen, *see* 8 C.F.R. § 1003.2(c)(2), where Lainez failed to demonstrate prima facie eligibility for the relief he sought, *see Toufighi*, 538 F.3d at 996 (the BIA can deny a motion to reopen for failure to establish a prima facie case); *see also INS v. Elias-Zacarias*, 502 U.S. 478, 483 (1992) ("[S]ince the statute makes motive critical, [an applicant] must provide *some* evidence of it, direct or circumstantial"); *see Silaya v. Mukasey*, 524 F.3d 1066, 1073 (9th Cir. 2008).

**PETITION FOR REVIEW DENIED.**